**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO.: 1:22-cr-000273 |
| | ) | |
| | ) | **JUDGE DAVID A. RUIZ** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **MOTION FOR INTERIM PAYMENT** |
| | ) | |
| **JASON D. DELANEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Now comes the undersigned, by and through counsel, and hereby respectfully ask the Court to allow him to file for interim payment with no withholdings in the above-captioned case.

WHEREFORE, the undersigned would ask for the above-sought relief.

Respectfully submitted;
FERNANDO MACK, L.P.A.

*/s/ Fernando Mack*
**FERNANDO MACK (#0062937)**
1220 West 6th Street
The Bradley Building, Suite 203
Cleveland, Ohio 44113
(216) 556-9610
(855) 320-8107 Fax
losmacks@msn.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Motion for Interim Payment was filed electronically this 6th day of July, 2024. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail.

*/s/ Fernando Mack*
**FERNANDO MACK (#0062937)**
*Attorney for Defendant*